## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MyCell Technologies LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0939011** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **521 Fifth Avenue** **21st Floor** **New York, NY 10175** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | | When | Case number, if known | |
| | _____ | | _____ | _____ | |

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## ■ Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50  million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50  million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
       of authorized
       representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 25, 2020**
                    MM / DD / YYYY

**X** **/s/ Glenn R. Langberg**                                         **Glenn R. Langberg**
        Signature of authorized representative of debtor              Printed name

Title  **Director**

---

**18. Signature of attorney**

**X** **/s/ Eric H. Horn**                            Date **November 25, 2020**
        Signature of attorney for debtor                      MM / DD / YYYY

**Eric H. Horn**
Printed name

**A.Y. Strauss LLC**
Firm name

**101 Eisenhower Parkway, Suite 412
Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973-287-5006**      Email address  **ehorn@aystrauss.com**

Bar number and State

**ACTION BY WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**
**OF**
**MYCELL TECHNOLOGIES, LLC**
**Dated:  November 24, 2020**

The undersigned, being member the sole member of the board of directors (the "***Board***") of MyCell Technologies, LLC, a Delaware limited liability company (the "***Company***"), does hereby consent to the adoption of the following resolutions date hereof:

**WHEREAS**, by Written Consent of the Members (the "***Members***") of the Company dated June 16, 2020 (the "***Written Consent***"), the Members authorized, among other things, the commencement of a chapter 11 case (a copy of the Written Consent is annexed hereto as Schedule A);

**WHEREAS**, the Board has reviewed the Written Consent and supports the findings and resolutions contained therein

**NOW, THEREFORE, IT IS**:

**RESOLVED** that the Written Consent is approved by the Board;

**RESOLVED FURTHER** that, in the judgment of the Board, having reviewed and considered the financial condition of the Company and the Company's business on the date hereof, that it is desirable and in the best interests of the Company, and its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (the "***Chapter 11 Case***");

**RESOLVED FURTHER** that the undersigned sole member of the Board is authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first written above.

**MYCELL TECHNOLOGIES, LLC**

By: ___*/s/ Glenn R. Langberg*___
      Name:  Glenn R. Langberg
      Title:   Sole Member of the Board of Directors

**SCHEDULE "A"**

# ACTION BY WRITTEN CONSENT
## OF THE
## MEMBERS
## OF
## MYCELL TECHNOLOGIES, LLC

### Dated:  June 16, 2020

The undersigned, being members of MyCell Technologies, LLC, a Delaware limited liability company (the "***Company***"), do hereby consent to the adoption of the following resolutions without the formality of convening a meeting, for and as the action of the members of the Company (the "***Members***"), as of the date hereof:

**WHEREAS**, the Members have considered and evaluated the financial and operational condition of the Company and the Company's business on the date hereof; and

**WHEREAS**, there are currently no Members serving as members of the Company's Board of Directors (the "***Board***"); and

**WHEREAS**, the Members desire to constitute the Board; and

**WHEREAS**, pursuant to the Fourth Amended and Restated Limited Liability Agreement of the Company dated as of August 12, 2014 (the "***Operating Agreement***"), the Members have the right to increase or decrease the authorized number of directors on the Board, provided that the voting requirements set forth in Section 4.8 of the Operating Agreement are complied with; and

**WHEREAS**, the Members desire to have the authorized <u>minimum</u> number of directors to serve on the Board to be one (1); and

**WHEREAS**, pursuant to the Action of Written Consent of the Members of Class A of the Company dated June 9, 2020, annexed hereto as **Schedule "A,"** [Glenn R. Langberg] was elected to serve as the Class A director on the Board (the "***Class A Resolution***"); and

**WHEREAS**, the Members have evaluated and considered the recommendations of various Members of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***"); and

**WHEREAS**, the Members have reviewed and considered the attached proposed agreement between [Glenn R. Langberg] and the Company annexed hereto as **Schedule "B"** (the "***Langberg Agreement***"); and

**WHEREAS**, the Members have considered and evaluated the attached proposed engagement letter agreement between A.Y. Strauss LLC, attorneys at law, and the Company, annexed hereto as **Schedule "C"** (the "***AYS  Agreement***").

**NOW, THEREFORE, IT IS**:

**RESOLVED** that the <u>minimum</u> number of authorized directors on the Board shall be one (1); and

**RESOLVED FURTHER** that pursuant to the Class A Resolution, [Glenn R. Langberg] shall and hereby is appointed as the Class A director on the Board; and

**RESOLVED FURTHER** that the Langberg Agreement is hereby approved; and

**RESOLVED FURTHER** that the Company is authorized and directed to purchase a directors and officers' insurance policy naming [Glenn R. Langberg] and other members of the Board as a covered party(ies); and

**RESOLVED FURTHER** that the Company shall indemnify and hold [Glenn R. Langberg] harmless for any actions taken during the course of his engagement; provided however, such indemnification does not extend to gross negligence or willful misconduct by [Glenn R. Langberg] upon a final non-appealable order of a court of competent jurisdiction finding gross negligence or willful misconduct on the part of [Glenn R. Langberg]; and

**RESOLVED FURTHER** that, in the judgment of the Members, having reviewed and considered the financial condition of the Company and the Company's business on the date hereof, that it is desirable and in the best interests of the Company, and its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (the "***Chapter 11 Case***"); and

**RESOLVED FURTHER** that the Board, is authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

**RESOLVED FURTHER** the AYS Agreement is hereby approved; and

**RESOLVED FURTHER**, that the Board is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as the Board may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof; and

**RESOLVED FURTHER** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date first written above.

*[SIGNATURE PAGES FOLLOW]*

## <u>SUMMARY OF JOINT MEMBER AND CLASS F MEMBER WRITTEN CONSENT</u>

**CLASS F MEMBERS**

Class F Members holding <u>**2,695,377**</u> units (representing **57.40%** in interest of all the Class F Voting Membership Interests) have consented in writing to the adoption of the resolutions as set forth above.

**ALL VOTING MEMBERS**

Members holding <u>**8,374,932**</u> units (representing **51.26%** in interest of all the Voting Membership Interests) have consented in writing to the adoption of the resolutions set forth above.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

In re:                                                          Chapter 11

MYCELL TECHNOLOGIES LLC.,                      Case No:  20-_____ (___)

                                        Debtor.
--------------------------------------------------------------X

### STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)1 AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the above-captioned debtor (the "*Debtor*") hereby discloses that the following are corporations, other than the Debtor or a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

**PIT MyCell, LLC**
**12500 Fair Lakes Circle, Suite 400**
**Fairfax, VA 22033**

**LPF (MCTECH) Investment Corp.**
**1315 North Service Road East**
**Oakville, Ontario A6 LH 1A7**

**Fill in this information to identify the case:**

Debtor name    **MyCell Technologies LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 25, 2020**      **X** */s/ Glenn R. Langberg*
                                        Signature of individual signing on behalf of debtor

                                        **Glenn R. Langberg**
                                        Printed name

                                        **Director**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

| | |
|---|---|
| Debtor name | **MyCell Technologies LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dragonfly Technologies Inc. 48 Wall Street STE 1100 New York, NY 10005** | | | | | | **$1,879.89** |
| **Hamilton DeSanctis & Cha 3239 El Camino Real STE 220 Palo Alto, CA 94306** | | | | | | **$5,639.16** |
| **LPF (MCTECH) Investment Corp. 1315 North Service Road East Oakville A6  L6H 1A7** | | | | | | **$20,000.00** |
| **LPF (MCTECH) Investment Corp. 1315 North Service Road East Oakville, Ontario A6 L6H 1A7** | | **Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016** | | **$511,141.16** | **Unknown** | **Unknown** |
| **New Age Ventures LLC 521 Fifth Avenue 21st Floor New York, NY 10175** | | | | | | **$71,010.00** |
| **New Age Ventures LLC 521 Fifth Avenue 21st Floor New York, NY 10175** | | **Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016** | | **$129,169.63** | **Unknown** | **Unknown** |
| **PIT MyCell, LLC 12500 Fair Lakes Circle Suite 400 Fairfax, VA 22033** | | | | | | **$113,492.45** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PIT MyCell, LLC** **12500 Fair Lakes Circle** **Suite 400** **Fairfax, VA 22033** | | **Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016** | | **$483,018.04** | **Unknown** | **Unknown** |
| **Reno Deldotto** ████████ **███████ NJ ███████** | | **Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016** | | **$76,671.17** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **MyCell Technologies LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $          **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $      **10,637.73**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $      **10,637.73**

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **1,200,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $          **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     **212,021.50**

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b                           $    **1,412,021.50**

Debtor name **MyCell Technologies LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Operating | 0526 | $10,637.73 |
| 3.2. | Chase | Operating | 4460 | $0.00 |
| 3.3. | Chase | Savings | 1469 | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.** | $10,637.73 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                  % of ownership | | |
| 15.1. | **Oceans Omega LLC (EIN 61-16173130)**     **100** % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.

☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets **See attached** | **$0.00** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | Licenses, franchises, and royalties **Liccense Agreement between MyCell Technologies, LLC and Oceans Omega, LLC, as licensor, and New Age Omegatech LLC, as licensee** | **$0.00** | | **Unknown** |
| | **Emulsion Supply and License Agreement between Oceans Omega LLC (non-debtor entity wholly owned by MyCell) and Trident Brands, Inc.** | **$0.00** | | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

**66.**  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

**MyCell Technologies.**

| Country | Title | Patent No./ Patent Appl. No. | Filing Date/ Grant Date | Case Status Estimated Costs/Fees |
|---|---|---|---|---|
| **(140 Series)** U.S. | Surfactant-Enabled Transition Metal-Catalyzed Chemistry | **Patent No. 8,785,665** | Jul 22, 2014 | **Patent Granted** |
| U.S. CON1 | Surfactant-Enabled Transition Metal-Catalyzed Chemistry | Appl. 14/305,816 | Jun 16, 2014 | *Pending* |
| U.S. CON2 | Surfactant-Enabled Transition Metal-Catalyzed Chemistry | **Patent No. 9,656,985** | May 23, 2017 | **Patent Granted** |
| U.S. CON3 | Surfactant-Enabled Transition Metal-Catalyzed Chemistry | **Patent No. 9,656,986** | May 23, 2017 | **Patent Granted** |
| China | Surfactant-Enabled Transition Metal-Catalyzed Chemistry | **Patent No. 2010800615025** | Jan 20, 2016 | **Patent Granted** |
| India | Surfactant-Enabled Transition Metal-Catalyzed Chemistry | **Patent No. 298112** | June 27, 2018 | **Patent Granted** Annuity (**$350**) due Dec. 1, 2021 |
|  |  |  |  |  |

| Country | Title | Patent No./ Patent Appl. No. | Filing Date/ Grant Date | Case Status [*] |
|---|---|---|---|---|
| U.S. **(150 Series)** | Stabilized Formulations of Fatty Acids | **Patent No. 8,927,043** | Jan 6, 2015 | **Patent Granted** |
| Australia | Stabilized Formulations of Fatty Acids | **Patent No. 2010319539** | Feb 4, 2016 | **Patent Granted** |
| Canada | Stabilized Formulations of Fatty Acids | **Patent No. 2780486** | May 26, 2017 | **Patent Granted** |
|  |  |  |  |  |

November 2020

| Country | Title | Patent No./ Patent Appl. No. | Filing Date/ Grant Date | Case Status [*] |
|---|---|---|---|---|
| U.S. (180 Series) | Formulations of Phospholipid Comprising Omega Fatty Acids | Appl. 14/117,367 | May 11, 2012 | *Pending* |
| Australia (DIV) | Formulations of Phospholipid Comprising Omega Fatty Acids | Appl. 2017203744 | Jan 15, 2019 | **Patent Granted** |
| Canada | Formulations of Phospholipid Comprising Omega Fatty Acids | **Pat. No. 2,839,264** | May 11, 2012 | **Patent Granted** |
| | | | | |
| U.S. (220 Series) | Mono and Di-Glyceride Esters of Omega-3 Fatty Acid Emulsions | 15/163,524 | May 24, 2016 | *Pending* |
| Australia | Mono and Di-Glyceride Esters of Omega-3 Fatty Acid Emulsions | Appl. 2016268256 | May 24, 2016 | *Pending* |
| China | Mono and Di-Glyceride Esters of Omega-3 Fatty Acid Emulsions | Appl. 2016800303181 | May 24, 2016 | *Pending* |
| India | Mono and Di-Glyceride Esters of Omega-3 Fatty Acid Emulsions | Appl. 201747045794 | May 24, 2016 | *Pending* |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,637.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,637.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,637.73 |

Debtor name **MyCell Technologies LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **LPF (MCTECH) Investment Corp.**<br>Creditor's Name<br>**1315 North Service Road East**<br>**Oakville, Ontario A6 L6H 1A7**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $511,141.16 | Unknown |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **New Age Ventures LLC**<br>Creditor's Name<br>**521 Fifth Avenue**<br>**21st Floor**<br>**New York, NY 10175**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $129,169.63 | Unknown |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **PIT MyCell, LLC** | Describe debtor's property that is subject to a lien | $483,018.04 | Unknown |

Creditor's Name

**12500 Fair Lakes Circle
Suite 400
Fairfax, VA 22033**
Creditor's mailing address

**Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016**

Describe the lien
_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Reno Deldotto** | Describe debtor's property that is subject to a lien | $76,671.17 | Unknown |

Creditor's Name

██████████████
███████, NJ ██████
Creditor's mailing address

**Collateral granted pursuant to that certain Security Agreement dated as of January 22, 2016**

Describe the lien
_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,200,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **MyCell Technologies LLC**
_____    Case number (if know) _____
            Name

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name **MyCell Technologies LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $1,879.89 |

**Dragonfly Technologies Inc.**
**48 Wall Street**
**STE 1100**
**New York, NY 10005**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

|  |  |  |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | $5,639.16 |

**Hamilton DeSanctis & Cha**
**3239 El Camino Real**
**STE 220**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

|  |  |  |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | $20,000.00 |

**LPF (MCTECH) Investment Corp.**
**1315 North Service Road East**
**Oakville A6  L6H 1A7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

|  |  |  |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | $71,010.00 |

**New Age Ventures LLC**
**521 Fifth Avenue**
**21st Floor**
**New York, NY 10175**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | MyCell Technologies LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,492.45 |
|---|---|---|---|

PIT MyCell, LLC
12500 Fair Lakes Circle
Suite 400
Fairfax, VA 22033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 212,021.50 |
| 5c. Total of Parts 1 and 2 | 5c. | $ 212,021.50 |
| Lines 5a + 5b = 5c. | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **MyCell Technologies LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **License Agreement between MyCell Technologies, LLC and Oceans Omega LLC (non-debtor entity wholly owned by MyCell) as licensor, and New Age Omegatech LLC, as licensee** |
| State the term remaining | **New Age Omegatech LLC** |
| List the contract number of any government contract | **521 Fifth Avenue 21st Floor New York, NY 10175** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Emulsion Supply and License Agreement between Oceans Omega LLC (non-debtor entity wholly owned by MyCell) and Trident Brands, Inc.** |
| State the term remaining | **Trident Brands Inc.** |
| List the contract number of any government contract | **101-200 South Executive Drive Brookfield, WI 53005** |

Debtor name **MyCell Technologies LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name  **MyCell Technologies LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

**1.   Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$11,424.00** |
| **For the fiscal year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$52,227.00** |

**2.   Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. Repossessions, foreclosures, and returns
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. Setoffs
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Trident Brands, Inc. v. MyCell Technologies LLC, et al,<br>Ber-L-4198-19** | | **NJ Superior Court - Bergen County<br>Bergen County Justice Center<br>10 Main Street<br>Hackensack, NJ 07601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. Assignments and receivership
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **A.Y. Strauss LLC**<br>**101 Eisenhower Parkway**<br>**Suite 412**<br>**Roseland, NJ 07068** | | **November 6, 2020** | **$16,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of this case within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21.  **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Oceans Omega LLC**<br>**521 Fifth Avenue**<br>**21st Floor**<br>**New York, NY 10175** | **Oceans Omega LLC wholly owend**<br>**by MyCell Technologies LLC** | EIN:      **61-1617313**<br><br>**From-To** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Glenn R. Langberg** | **c/o GRL Capital LLC**<br>**635 Brighton Road**<br>**Clifton, NJ 07012** | **Sole member of board of**<br>**directors** | **0%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 25, 2020**

**/s/ Glenn R. Langberg**                 **Glenn R. Langberg**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re  **MyCell Technologies LLC**                               Case No. _____
                                          Debtor(s)             Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,717.00 |
| Prior to the filing of this statement I have received | $ | 16,717.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

     ■ Debtor     □ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor     □ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 25, 2020**
_Date_

**/s/ Eric H. Horn**
**Eric H. Horn**
_Signature of Attorney_
**A.Y. Strauss LLC**
**101 Eisenhower Parkway, Suite 412**
**Roseland, NJ 07068**
**973-287-5006  Fax: 973-226-4104**
**ehorn@aystrauss.com**
_Name of law firm_

# United States Bankruptcy Court
## Southern District of New York

In re   **MyCell Technologies LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **\*SEE ATTACHED\*** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 25, 2020**

Signature  **/s/ Glenn R. Langberg**

                   **Glenn R. Langberg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Mycell Technologies LLC**
**Investor & Employee/Advisor Capital Table**

| Formation Information: | |
|---|---|
| Legal Entity Name | *Mycell Technologies LLC* |
| Date of Formation | *10.10.2009* |
| State of Formation | *Delaware* |
| Tax ID # | *01-0939011* |

| Investing Members | Authorized Units | Date of Investment | Capital Invested | United Issued | $/Unit | | Recapitalized Units | | Effective $/Unit |
|---|---|---|---|---|---|---|---|---|---|
| **Class A Units** (*Voting*) | | | | | | | | | |
| | | | $0,00 | 8.690.000 | | 21,25% | 889.524 | 4,34% | |
| | | | $186.800,00 | 8.690.000 | $0,02 | 21,25% | 889.524 | 4,34% | $0,21 |
| | | | $0,00 | 8.690.000 | | 21,25% | 889.524 | 4,34% | |
| | 27.500.000 | | $186.800,00 | 26.070.000 | | 63,75% | 2.668.571 | 13,02% | |
| **Class B Units** (*Voting*) | | | | | | | | | |
| | | | $908.125,00 | 1.453.000 | $0,63 | 3,55% | 505.325 | 2,47% | $1,80 |
| | | | $75.000,00 | 120.000 | $0,63 | 0,29% | 41.734 | 0,20% | $1,80 |
| | | | $25.000,00 | 40.000 | $0,63 | 0,10% | 13.911 | 0,07% | $1,80 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $75.000,00 | 120.000 | $0,63 | 0,29% | 41.734 | 0,20% | $1,80 |
| | | | $62.500,00 | 100.000 | $0,63 | 0,24% | 34.778 | 0,17% | $1,80 |
| | | | $50.000,00 | 43.860 | $1,14 | 0,11% | 15.254 | 0,07% | $3,28 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $46.875,00 | 75.000 | $0,63 | 0,18% | 26.084 | 0,13% | $1,80 |
| | | | $31.250,00 | 50.000 | $0,63 | 0,12% | 17.389 | 0,08% | $1,80 |
| | | | $100.006,50 | 87.725 | $1,14 | 0,21% | 30.509 | 0,15% | $3,28 |
| | | | $100.000,00 | 160.000 | $0,63 | 0,39% | 55.645 | 0,27% | $1,80 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $75.000,00 | 120.000 | $0,63 | 0,29% | 41.734 | 0,20% | $1,80 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $50.000,00 | 43.860 | $1,14 | 0,11% | 15.254 | 0,07% | $3,28 |
| | | | $160.000,00 | 256.000 | $0,63 | 0,63% | 89.032 | 0,43% | $1,80 |
| | | | $25.000,00 | 40.000 | $0,63 | 0,10% | 13.911 | 0,07% | $1,80 |
| | | | $50.000,00 | 43.860 | $1,14 | 0,11% | 15.254 | 0,07% | $3,28 |
| | | | $29.166,90 | 25.585 | $1,14 | 0,06% | 8.898 | 0,04% | $3,28 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $50.000,00 | 43.860 | $1,14 | 0,11% | 15.254 | 0,07% | $3,28 |
| | | | $31.500,00 | 50.400 | $0,63 | 0,12% | 17.528 | 0,09% | $1,80 |
| | | | $25.000,00 | 40.000 | $0,63 | 0,10% | 13.911 | 0,07% | $1,80 |
| | | | $15.000,00 | 24.000 | $0,63 | 0,06% | 8.347 | 0,04% | $1,80 |
| | | | $25.000,00 | 40.000 | $0,63 | 0,10% | 13.911 | 0,07% | $1,80 |
| | | | $80.000,00 | 128.000 | $0,63 | 0,31% | 44.516 | 0,22% | $1,80 |
| | | | $8.000,00 | 12.800 | $0,63 | 0,03% | 4.452 | 0,02% | $1,80 |
| | | | $2.000,00 | 3.200 | $0,63 | 0,01% | 1.113 | 0,01% | $1,80 |
| | | | $5.000,00 | 8.000 | $0,63 | 0,02% | 2.782 | 0,01% | $1,80 |
| | | | $200.000,00 | 320.000 | $0,63 | 0,78% | 111.290 | 0,54% | $1,80 |
| | | | $25.000,00 | 40.000 | $0,63 | 0,10% | 13.911 | 0,07% | $1,80 |
| | | | $6.249,48 | 5.482 | $1,14 | 0,01% | 1.907 | 0,01% | $3,28 |
| | | | $100.000,00 | 160.000 | $0,63 | 0,39% | 55.645 | 0,27% | $1,80 |
| | | | $100.000,00 | 160.000 | $0,63 | 0,39% | 55.645 | 0,27% | $1,80 |
| | | | $250.000,00 | 400.000 | $0,63 | 0,98% | 139.112 | 0,68% | $1,80 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $150.000,00 | 240.000 | $0,63 | 0,59% | 83.467 | 0,41% | $1,80 |
| | | | $50.000,00 | 80.000 | $0,63 | 0,20% | 27.822 | 0,14% | $1,80 |
| | | | $100.000,00 | 87.719 | $1,14 | 0,21% | 30.507 | 0,15% | $3,28 |
| | | | $100.000,00 | 160.000 | $0,63 | 0,39% | 55.645 | 0,27% | $1,80 |
| | | | $100.000,00 | 160.000 | $0,63 | 0,39% | 55.645 | 0,27% | $1,80 |
| | | | $250.000,00 | 400.000 | $0,63 | 0,98% | 139.112 | 0,68% | $1,80 |
| | | | $250.000,00 | 400.000 | $0,63 | 0,98% | 139.112 | 0,68% | $1,80 |
| | | | $62.500,00 | 100.000 | $0,63 | 0,24% | 34.778 | 0,17% | $1,80 |
| | | | -$100.000,00 | | | 0,00% | | 0,00% | |
| | | | $62.500,00 | 100.000 | $0,63 | 0,24% | 34.778 | 0,17% | $1,80 |
| | 8.000.000 | | $4.160.672,88 | 6.502.351 | $0,64 | 15,90% | 2.261.392 | 11,03% | |
| **Class C Units** (*Voting*) | | | | | | | | | |
| | | | $62.500,00 | 400.000 | $0,16 | 0,98% | 54.054 | 0,26% | $1,16 |
| | | | $0,00 | | | | 400.000 | 1,95% | |
| | 1.030.000 | | $62.500,00 | 400.000 | $0,16 | 0,98% | 454.054 | 2,22% | |
| **Class D Units** (*Voting*) | | | | | | | | | |
| | | 20.07.2012 | $3.900.000,00 | 3.421.053 | $1,14 | 8,36% | | | |
| | | 24.10.2012 | $1.700.000,00 | 1.491.228 | $1,14 | 3,65% | | | |
| | | | | 381.039 | | 0,93% | | | |

**Mycell Technologies LLC**
**Investor & Employee/Advisor Capital Table**

| Formation Information: | |
|---|---|
| Legal Entity Name | Mycell Technologies LLC |
| Date of Formation | 10.10.2009 |
| State of Formation | Delaware |
| Tax ID # | 01-0939011 |

| Investing Members | Authorized Units | Date of Investment | Capital Invested | United Issued | $/Unit | | Recapitalized Units | | Effective $/Unit |
|---|---|---|---|---|---|---|---|---|---|
| | 9.452.356 | | $5.600.000,00 | 5.293.320 | $1,06 | 12,94% | 4.281.551 | 20,89% | $1,31 |
| **Class E Units** (*Voting*) | | | | | | | | | |
| | | 28.11.2012 | $3.000.000,00 | 2.631.579 | $1,14 | 6,43% | | | |
| | 2.631.579 | | $3.000.000,00 | 2.631.579 | $1,14 | 6,43% | 2.158.273 | 10,53% | $1,39 |
| **Class F Units** (*Voting\**) | | | | | | | | | |
| | | 12.08.2014 | $1.600.000,00 | | | 0,00% | 1.600.000 | 7,81% | $1,00 |
| | | 31.12.2014 | $400.000,00 | | | 0,00% | 400.000 | 1,95% | $1,00 |
| | | 12.08.2014 | $1.291.967,50 | | | 0,00% | 1.614.960 | 7,88% | $0,80 |
| | | 31.12.2014 | $220.000,00 | | | 0,00% | 275.000 | 1,34% | $0,80 |
| | | 12.08.2014 | $404.333,33 | | | 0,00% | 505.417 | 2,47% | $0,80 |
| | | 01.06.2015 | $0,00 | | | 0,00% | | 0,00% | $0,00 |
| | | 12.08.2014 | $300.000,00 | | | 0,00% | 300.000 | 1,46% | $1,00 |
| | | | $4.216.300,83 | | | 0,00% | 4.695.376 | 22,91% | |
| **Class G Units** (*Non Voting Restricted Units*) | | | | | | | | | |
| | | | | | | | - | 0,00% | |
| | | | | | | | - | 0,00% | |
| | | | | | | | - | 0,00% | |
| | | | | | | | - | 0,00% | |
| | | | | | | | - | 0,00% | |
| | | | | | | | - | 0,00% | |
| | | | | | | | - | 0,00% | |
| | | | | | | | 3.976.158 | 19,40% | |
| | | | | | | | 3.976.158 | 19,40% | |
| **Total** | | | **$17.226.274** | **40.897.250** | | **100,00%** | **20.495.377** | **100,00%** | |

## United States Bankruptcy Court
### Southern District of New York

In re __MyCell Technologies LLC_____          Case No. _____
                                            Debtor(s)                Chapter __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __November 25, 2020_____          __/s/ Glenn R. Langberg_____
                                               **Glenn R. Langberg**/Director
                                               Signer/Title

```
DRAGONFLY TECHNOLOGIES INC.
48 WALL STREET
STE 1100
NEW YORK, NY 10005


HAMILTON DESANCTIS & CHA
3239 EL CAMINO REAL
STE 220
PALO ALTO, CA 94306


IRS
PO BOX 7346
PHILADELPHIA, PA 19101-3460


LPF (MCTECH) INVESTMENT CORP.
1315 NORTH SERVICE ROAD EAST
OAKVILLE A6  L6H 1A7


NEW AGE OMEGATECH LLC
521 FIFTH AVENUE
21ST FLOOR
NEW YORK, NY 10175


NEW AGE VENTURES LLC
521 FIFTH AVENUE
21ST FLOOR
NEW YORK, NY 10175


NYC DEPT FINANCE
345 ADAMS STREET
3RD FLOOR OFFICE OF LEGAL AFFA
BROOKLYN, NY 11201


NYC LAW DEPT.
100 CHURCH STREET
NEW YORK, NY 10007


NYS DEPT TAX AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205


OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY UNIT
ALBANY, NY 12224
```

PIT MYCELL, LLC
12500 FAIR LAKES CIRCLE
SUITE 400
FAIRFAX, VA 22033


RENO DELDOTTO
, NJ 

SECURITIES AND EXCHANGE COMM.
200 VESEY STREET
SUITE 400
NEW YORK, NY 10281


TRIDENT BRANDS INC.
101-200 SOUTH EXECUTIVE DRIVE
BROOKFIELD, WI 53005


US ATTORNEYS OFFICE
1 SAINT ANDREWS PLAZA
NEW YORK, NY 10007


US ENV PROTECTION AGENCY
290 BROADWAY, 17TH FLOOR
NEW YORK, NY 10007