**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

                                                 CASE NO. 20-12748 (JLG)

MYCELL TECHNOLOGIES LLC,                            CHAPTER 11

         Debtor

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

        Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Salvatore LaMonica, Esq.
C/O LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone No. (516) 826-6500   Fax (516) 826-0222
Email: sl@lhmlawfirm.com

        The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

Date: November 27, 2020                      William K. Harrington
                                         United States Trustee for Region 2
                                         U.S. Department of Justice
                                         Office of the United States Trustee
                                         201 Varick Street, Room 1006
                                         New York, New York 10014

                                         By: /s/ *Shara Claire Cornell*
                                         Shara Claire Cornell
                                         Trial Attorney